IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Santiago, Deborah A

Printed: 12/10/08

Case Number: 08 B 17832
Judge: Wedoff, Eugene R
Filed: 7/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 30, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,145.28 |  |
| Secured: |  | 1,342.77 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 661.87 |
| Trustee Fee: |  | 140.64 |
| Other Funds: |  | 0.00 |
| Totals: | 2,145.28 | 2,145.28 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 661.87 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Americredit Financial Ser Inc | Secured | 4,878.00 | 303.78 |
| 5. | Capital One Auto Finance | Secured | 16,258.80 | 1,038.99 |
| 6. | Saxon Mortgage Services Inc | Secured | 24,764.00 | 0.00 |
| 7. | Saxon Mortgage Services Inc | Secured | 4,753.84 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 4,930.64 | 0.00 |
| 9. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 10. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 57,958.28 | $ 2,004.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 62.24 |
| 6.6% | 78.40 |
|  | $ 140.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Santiago, Deborah A | Case Number: 08 B 17832 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/10/08 | Filed: 7/11/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

